STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re:<br><br>Claudia A. Thomas | Chapter 13<br><br>Case Number: 16-17847- SR |
|---|---|

**NOTICE OF APPEARANCE**

Wilmington Savings Fund Society [1] [2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
***STERN & EISENBERG, PC***
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 16TH DAY OF DECEMBER, 2016.

By:    /s/William E. Miller, Esquire
☒ William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 308951
wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT.
2  The current Servicer of this loan is Selene Finance.
3  For reference, the property address associated with the undersigned's representation is 4 Ludlow Road , Yardley , PA 19067.

# **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Claudia A. Thomas
4 Ludlow Road
Yardley , PA 19067

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Michael P. Kelly, Esquire
202 Peens Square
Langhorne, PA 19047

                                                Respectfully Submitted:

                                                Stern & Eisenberg, PC

By:    /s/ William E. Miller, Esquire
          ☑  William E. Miller, Esquire
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone:  (215) 572-8111
          Facsimile:  (215) 572-5025
          Bar Number:  308951
          wmiller@sterneisenberg.com

Date:  December 16, 2016