UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Claudia Thomas                                    : **No. 16-17847**
                                                         : **CHAPTER 13**

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to counsel's Application for Compensation.

BY: /s/ *Michael P. Kelly*
    MICHAEL P. KELLY, ESQ.
    202 PENNS SQUARE
    LANGHORNE, PA. 19047