United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 16-17847-sr
Claudia A Thomas                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Sep 25, 2017
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db            +Claudia A Thomas,   4 Ludlow Road,   Morrisville, PA 19067-2750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2017 01:37:35     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                        TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor   Wells Fargo Bank, N.A., as Indenture Trustee for
          MSCC HELOC Trust 2007-1 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
         DENISE ELIZABETH CARLON    on behalf of Creditor   Wells Fargo Bank, N.A., as Indenture Trustee
          for MSCC HELOC Trust 2007-1 bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MICHAEL P. KELLY    on behalf of Debtor Claudia A Thomas mpkpc@aol.com,  r47593@notify.bestcase.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD MILLER    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing
          business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT
          2015-13BTT wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                        TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : BKY. NO. 16-17847 SR
CLAUDIA A. THOMAS                         :
                                          : CHAPTER 13

### ORDER

     **AND NOW**, upon consideration of the Application for Compensation ("the Application")

filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper

services has been made on all interested parties and upon the Applicant's certification of no

response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,150.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative

   expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C.

   §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,500.00** which was paid by

   the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the

   confirmed Chapter 13 Plan.

Dated:  **September 22, 2017**

_____
Stephen Raslavich
U.S. Bankruptcy Judge