UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Chapter 13

Claudia A Thomas                                                                 Case No. 16-17847-jkf

         Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK, DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT ("Secured Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**MARINOSCI LAW GROUP, P.C.**
**Attn: Bankruptcy Department**
**100 West Cypress Creek Road, Suite 1045**
**Fort Lauderdale, FL 33309**

       **MARINOSCI LAW GROUP, P.C.**
       Authorized Agent for Secured Creditor
       100 West Cypress Creek Road, Suite 1045
       Fort Lauderdale, FL 33309
       Phone: (954) 332-9473
       Fax: (954) 772-9601
       Email: fdispigna@mlg-defaultlaw.com

       /s/ Frederic DiSpigna
       _____
       FREDERIC DISPIGNA

BK Case No.: 16-17847-jkf

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Request for Notice has been served electronically or via U.S. Mail, first-class postage prepaid, to the parties listed below on December 12, 2017.

**CLAUDIA A THOMAS, DEBTOR**
4 Ludlow Road
Morrisville, PA 19067

**FREDERICK L. REIGLE, Trustee**
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**MICHAEL P. KELLY**
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

**POLLY A. LANGDON**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**UNITED STATES TRUSTEE, U.S. TRUSTEE**
Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia, PA 19107

**MARINOSCI LAW GROUP, P.C**.
Authorized Agent for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 / Fax: (954) 772-9601
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic DiSpigna
_____
FREDERIC DISPIGNA