## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

In Re:                                      Case No. 16-17847

CLAUDIA THOMAS,                             Chapter 13

      Debtor(s).

### PRAECIPE TO WITHDRAW TRANSFER OF CLAIM

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

COMES NOW, Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 53), filed on July 25, 2018 in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| Notices to be sent to: | Payments to be sent to: |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 11, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Fax: (206) 269-3493
Email: lisac@w-legal.com

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 10, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

Debtor(s) via First-Class Mail
Claudia Thomas
4 Ludlow Ct
Yardley, PA 19067

Debtor(s) Counsel via First-Class Mail
MICHAEL P. KELLY
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

Trustee via First-Class Mail
WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

U.S. Trustee via First-Class Mail
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

/s/ Nikole Montufar
Nikole Montufar
Legal Assistant to Lisa Cancanon

47739496